UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARTA ROMERO, FABIANA SANTOS, GLADYS FUENTES, SANTIAGO CRUZ, and MILAGRO ALVAREZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**McCORMICK & SCHMICK RESTAURANT CORP. d/b/a McCORMICK & SCHMICK'S SEAFOOD RESTAURANT,**<br><br>**Defendant.** | C.A. No. 1:18-cv-10324-IT |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant McCormick & Schmick Restaurant Corp. ("Defendant")[1], by and through its undersigned counsel of record, pursuant to Fed. R. Civ. P. 7.1, submits the following corporate disclosure statement:

McCormick & Schmick Restaurant Corp. is incorporated under the laws of the state of Delaware. McCormick & Schmick Restaurant Corp. is a subsidiary of McCormick & Schmick's Seafood Restaurants, Inc., which is a wholly owned subsidiary of Landry's, Inc. Landry's, Inc. is a closely held corporation. No other publicly held company owns 10% or more of Defendant's stock.

---

[1] Defendant notes that it does not operate under a formally registered d/b/a.

Respectfully submitted,

**MCCORMICK & SCHMICK RESTAURANT CORP. D/B/A MCCORMICK & SCHMICK'S SEAFOOD RESTAURANT**

By its attorneys,

*/s/ Daniel S. Field*
Daniel S. Field (BBO #560096)
Allison B. Cherundolo (BBO #681632)
**MORGAN, BROWN & JOY, LLP**
200 State Street, Floor 11
Boston, MA 02109-2605
T: (617) 523-6666
F: (617) 367-3125
E: dfield@morganbrown.com
E: acherundolo@morganbrown.com

Dated: February 27, 2018

## CERTIFICATE OF SERVICE

I, Allison B. Cherundolo, certify that on February 27, 2018, this document was filed electronically through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to any persons indicated as non-registered participants.

*/s/ Allison B. Cherundolo*
Allison B. Cherundolo, Esq.