UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTA ROMERO, FABIANA SANTOS, GLADYS FUENTES, SANTIAGO CRUZ, and MILAGRO ALVAREZ,<br><br>**Plaintiffs,**<br><br>v.<br><br>McCORMICK & SCHMICK RESTAURANT CORP. d/b/a McCORMICK & SCHMICK'S SEAFOOD RESTAURANT,<br><br>**Defendant.** | C.A. No. 18-10324-IT |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Defendant and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Defendant is not at this time willing to consider attempting to resolve this matter through the use of such programs.

Respectfully submitted,

**MCCORMICK & SCHMICK RESTAURANT CORP. D/B/A MCCORMICK & SCHMICK'S SEAFOOD RESTAURANT**

_____
Jeanette McKay, Esq.
Director of Legal Affairs – Labor & Employment
Landry's, Inc.

and by its attorneys,

*Daniel S. Field*
_____
Daniel S. Field (BBO #560096)
Allison B. Cherundolo (BBO #681632)
**MORGAN, BROWN & JOY, LLP**
200 State Street, Floor 11
Boston, MA 02109-2605
T: (617) 523-6666
F: (617) 367-3125
E: dfield@morganbrown.com
E: acherundolo@morganbrown.com

Dated: March 9, 2018

**CERTIFICATE OF SERVICE**

I, Daniel S. Field, hereby certify that on March 9, 2018, a copy of the foregoing document, filed through the ECF system, will be served on all parties as provided by the Notice of Electronic Filing (NEF).

                                              *Daniel S. Field*
                                              _____