# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTA ROMERO, FABIANA SANTOS, GLADYS FUENTES, SANTIAGO CRUZ, and MILAGRO ALVAREZ,<br><br>            Plaintiffs,<br><br>   v.<br><br>McCORMICK & SCHMICK RESTAURANT CORP. d/b/a McCORMICK & SCHMICK'S SEAFOOD RESTAURANT,<br><br>            Defendant. | C.A. No. 18-10324-IT |

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

Defendant McCormick & Schmick Restaurant Corp. ("Defendant")[1] and Plaintiffs Marta Romero, Fabiana Santos, Gladys Fuentes, Santiago Cruz and Milagro Alvarez ("Plaintiffs") (collectively the "Parties") hereby submit the following Joint Status Report and Proposed Scheduling Order pursuant to the Parties' Joint Motion to Continue Status Conference and the Court's Order granting the same (Docs. 22 & 23). The Parties jointly state as follows:

   1. As previously reported to the Court (Doc. 22), the Parties participated in an all-day mediation with Maria Walsh (JAMS) on January 29, 2019. Although they were unable to resolve this matter on that date, the Parties continue in good faith to work towards a resolution and believe that continued negotiations will be productive.

---

[1]     Defendant notes that it does not operate under a formally registered d/b/a.

2. To foster such progress, the Parties propose the following schedule:

| | |
|---|---|
| Complete settlement discussions and submit written joint status report re: same to the Court | April 26, 2019 |
| Deadline for filing Dispositive Motions | May 28, 2019 |
| Oppositions to Dispositive Motions | Per Fed. R. Civ. P. 56 |
| Hearing Date for Dispositive Motions | July 11, 2019 or a date thereafter convenient for the Court |

Respectfully Submitted,

**MARTA ROMERO, FABIANA SANTOS, GLADYS FUENTES, SANTIAGO CRUZ, and MILAGRO ALVAREZ,**

By their attorneys,

*/s/ Sophia Hall*_____
Stephen Churchill, BBO #564158
Rachel Smit, BBO #688294
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com
rachel@fairworklaw.com

Oren Sellstrom, BBO #569045
Sophia Hall, BBO #684541
LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND ECONOMIC JUSTICE
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyerscom.org
shall@lawyerscom.org

**MCCORMICK & SCHMICK RESTAURANT CORP. D/B/A MCCORMICK & SCHMICK'S SEAFOOD RESTAURANT**

By its attorneys,

 */s/ Allison B. Cherundolo*_____
Daniel S. Field (BBO #560096)
Allison B. Cherundolo (BBO #681632)
MORGAN, BROWN & JOY, LLP
200 State Street, Floor 11
Boston, MA 02109-2605
T: (617) 523-6666
F: (617) 367-3125
E: dfield@morganbrown.com
E: acherundolo@morganbrown.com

Dated: March 22, 2019

## CERTIFICATE OF SERVICE

  I, Allison B. Cherundolo, hereby certify that this document was filed through the ECF system on this date, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing by first class mail on the same date.

Dated:  March 22, 2019        */s/ Allison B. Cherundolo*
                  Allison B. Cherundolo