UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTA ROMERO, FABIANA SANTOS, GLADYS FUENTES, SANTIAGO CRUZ, and MILAGRO ALVAREZ,<br><br>        Plaintiffs,<br><br>   v.<br><br>McCORMICK & SCHMICK RESTAURANT CORP. d/b/a McCORMICK & SCHMICK'S SEAFOOD RESTAURANT,<br><br>        Defendant. | C.A. No. 18-10324-IT |

## JOINT STATEMENT

Defendant McCormick & Schmick Restaurant Corp. ("Defendant")[1] and Plaintiffs Marta Romero, Fabiana Santos, Gladys Fuentes, Santiago Cruz and Milagro Alvarez ("Plaintiffs") (collectively the "Parties") hereby submit the following Joint Statement. Pursuant to the Court's Order (Doc. 26) the Status Conference in this matter is to be rescheduled for the week of April 29, 2019. The Parties have conferred and respectfully request that the Status Conference be scheduled at a time convenient for the Court on May 1 or May 2, 2019.

---

[1]     Defendant notes that it does not operate under a formally registered d/b/a.

Respectfully Submitted,

| | |
|---|---|
| **MARTA ROMERO, FABIANA SANTOS, GLADYS FUENTES, SANTIAGO CRUZ, and MILAGRO ALVAREZ,** | **MCCORMICK & SCHMICK RESTAURANT CORP. D/B/A MCCORMICK & SCHMICK'S SEAFOOD RESTAURANT** |
| By their attorneys, | By its attorneys, |

*/s/ Sophia Hall*_____
Stephen Churchill, BBO #564158
Rachel Smit, BBO #688294
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com
rachel@fairworklaw.com

Oren Sellstrom, BBO #569045
Sophia Hall, BBO #684541
LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND ECONOMIC JUSTICE
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyerscom.org
shall@lawyerscom.org

*/s/ Allison B. Cherundolo*_____
Daniel S. Field (BBO #560096)
Allison B. Cherundolo (BBO #681632)
MORGAN, BROWN & JOY, LLP
200 State Street, Floor 11
Boston, MA 02109-2605
T: (617) 523-6666
F: (617) 367-3125
E: dfield@morganbrown.com
E: acherundolo@morganbrown.com

Dated:  March 25, 2019

## CERTIFICATE OF SERVICE

    I, Allison B. Cherundolo, hereby certify that this document was filed through the ECF system on this date, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing by first class mail on the same date.

Dated:  March 25, 2019                                */s/ Allison B. Cherundolo*
                                                              Allison B. Cherundolo